**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TONAL SYSTEMS, INC., | |
| Plaintiff, | Civil Action No.   2:26-cv-00691 |
| v. | **JURY TRIAL DEMANDED** |
| OxeFit, INC., | |
| Defendant. | |

**COMPLAINT**

Plaintiff Tonal Systems, Inc. ("Tonal"), for its Complaint against Defendant OxeFit, Inc. ("OxeFit"), alleges as follows:

**NATURE OF THIS ACTION**

1. This is an action for infringement of U.S. Patent Nos. 10,661,112 ("the '112 Patent," attached hereto as Exhibit 1), 11,285,351 ("the '351 Patent," attached hereto as Exhibit 2), 11,389,687 ("the '687 Patent," attached hereto as Exhibit 3), and 12,544,612 ("the '612 Patent," attached hereto as Exhibit 4) (collectively, "the Asserted Patents"). OxeFit's XS1 and XP1 products infringe the Asserted Patents, and OxeFit actively induces its customers to infringe the Asserted Patents by using OxeFit's XS1 and XP1 products.

**THE PARTIES**

2. Tonal is a corporation organized and existing under the laws of Delaware, with a principal place of business at 69 Converse Street, San Francisco, CA 94103.

3. Tonal is the creator and manufacturer of a groundbreaking digital strength training system that pairs a revolutionary electromagnetic resistance engine with personalized and engaging video content in a sleek, compact, space-saving design.  In recognition of its

1

pioneering work, Tonal has been awarded numerous patents, including the Asserted Patents, which protects its award-winning and innovative technology.  Tonal is the sole owner of the Asserted Patents.

4. Upon information and belief, OxeFit is a corporation organized and existing under the laws of the State of Texas.  OxeFit's principal place of business is located at 2800 N. Dallas Parkway, Suite 340, Plano, Texas 75093.  OxeFit is the seller and manufacturer of the Infringing Products, the XS1, which includes two configurations (Flow and Peak), and the XP1.

## JURISDICTION AND VENUE

5. This civil action arises under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq.*  This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338.

6. Jurisdiction and venue for this action are proper in the Eastern District of Texas.

7. This Court has personal jurisdiction over OxeFit, consistent with due process. OxeFit's headquarters and principal place of business is in Plano, Texas.  OxeFit has minimum contacts with the State of Texas, and OxeFit has purposefully availed itself of the privileges of conducting business in the State of Texas.

8. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (c) and § 1400(b) on the grounds that OxeFit resides in this judicial district.  The majority of OxeFit's employees are based in Texas.

## BACKGROUND

**A.    Tonal's Groundbreaking Patented Technologies**

9. Founded in 2015, Tonal is the creator of a pioneering smart home gym that leverages digital weight provided by an electromagnetic motor that is monitored and controlled

by Tonal's artificial intelligence and motion sensor technology.  Tonal's smart home gym allows users to complete an effective, safe, and well-rounded cable strength training routine from the convenience of their home.

10.    Tonal's founder, Aly Orady, came up with the idea for Tonal's revolutionary digital weight technology while at a gym, where he was working out on a huge cable exercise machine.  He wished he could do the same workout at home and realized that he could replace the gym exercise equipment's reliance on gravity and big metal plates with electromagnetic resistance and an intelligent control system.  Orady went to work brainstorming and then prototyping what would eventually become—after years of effort and innovation—Tonal's smart home gym.

11.    Tonal's groundbreaking product combines a number of key features:  (1) a sophisticated digital motor that simulates and improves upon physical weights; (2) a sleek, attractive, compact design that minimizes the space required in users' homes; (3) a touchscreen display with an extensive library of engaging, personalized, interactive video workouts; (4) intelligent and adaptive safety features that sense when a user is struggling or performing an exercise incorrectly; and (5) a variety of functional accessories that can be safely interchanged to maximize the number and types of workouts that can be performed.

12.    The first of its kind, Tonal's home gym has garnered industry accolades and a devoted fanbase, including well-known athletes such as LeBron James and Serena Williams. Tonal has been recognized with numerous awards for its superior performance, design, and innovation, including by Men's Health in its Fitness and Home Gym Awards, by Fast Company for its Innovation by Design Awards, by the Industrial Designers Society of America for its International Design Excellence Awards, and by The Edison Awards. In 2019, the Core 77

Design Awards recognized Tonal as the "World's First Digital Weights Home Gym."  Tonal 2 (Tonal's next generation product) has similarly garnered positive coverage and high praise from major media and fitness outlets, including *GQ* for its adaptive resistance technology and its innovative, sleek design, and *PCMag* for awarding it Best Digital Weight Machine.



13.    Tonal has invested a significant amount of time and money in research and development to invent, design, and develop its innovative digital strength training technology. The Asserted Patents describe and claim inventions related to this technology, which are embodied in Tonal's groundbreaking home gym.



14.     The '112, '687, and '612 Patents relate to Tonal's dynamic weight modes.[1] Using its proprietary compact digital motor, the Tonal home gym improves upon physical weights by adjusting resistance throughout the user's performance of an exercise.  In "Chains" mode, for example, weight is added throughout the concentric phase of the user's movement. In "Eccentric" mode, more weight is added during the eccentric phase of the user's movement. In "Smart Flex" mode, for example, weight is continuously added or subtracted to optimally challenge the user throughout their range of motion. These dynamic weight modes make every repetition more effective and precise, and support training methods that are difficult or impossible to replicate with other forms of resistance.

---

[1] Intelligence: Dynamic Weight Modes, *available at:*
https://knowledge.tonal.com/s/article/Intelligence-Dynamic-Weight-Modes

15.    Tonal's dynamic weight modes also make workouts safer for its users.  Tonal's "Spotter" and "Burnout" modes, for example, reduce resistance if a user is struggling or fatigued so that the user can complete a repetition or set without injury.

16.    The '351 Patent relates to Tonal's repetition detection functionality. Using its proprietary technology, the Tonal home gym accurately counts the user's completed repetitions and does not count partial movements that do not constitute a complete repetition.  For example, if the user is struggling and momentarily changes direction of travel during their performance of a repetition, Tonal does not count that partial movement as a repetition.

**B.      OxeFit's Infringing XS1 and XP1 Products**

17.      OxeFit is the seller and manufacturer of digital strength training machines called the XS1 and XP1 ("the Infringing Products").

18.      On information and belief, OxeFit was founded in Plano, Texas, in 2019.  OxeFit currently maintains its company headquarters in Collin County (Plano, Texas), which is located in this District.

19.      OxeFit directly targets current and prospective Tonal customers.  Akin to Tonal's messaging as providing an "All-in-One Home Gym," OxeFit advertises the XS1 as an "All in one home gym."[2][3]  OxeFit advertises the XP1 as an "All-In-One Smart Gym."[4] OxeFit emphasizes features of the Infringing Products that are purportedly similar to Tonal's product, including their digital weight systems, electric motors, adaptive weight modes, interactive content, smart accessories, and safety features.[5]  In fact, the XP1 is described as "the most intelligent and most effective training system."[6]  In addition to offering the functionalities included in the XS1, the XP1 offers additional features, including OxeAir, OxeWheel, and Tempo training methods.[7]  Upon information and belief, OxeFit copied these features directly from Tonal's home gym, using Tonal's patented technology.

---

[2] XS1 Peak Pricing and Financing options : OxeFit, *available at:* https://www.oxefit.com/configure/xs1

[3] Tonal Exercise Equipment | The Ultimate All-in-One Home Gym, *available at: https://tonal.com/pages/equipment-overview*

[4] Smart Strength Training & Weight System: XP1 from OxeFit, *available at:* https://www.oxefit.com/configure/xs1

[5] OxeFit: XS1 Strength and Cardio, *available at:* https://www.oxefit.com/xs1-strength-cardio

[6] OxeFit, *available at:* https://store.oxefit.com/products/xp1

[7] Advanced Settings – OxeFit, *available at:* https://support.oxefit.com/hc/en-us/articles/1886268632323-Advanced-Settings

| Tonal | OxeFit |
|---|---|



20.     For example, like the Tonal home gym (on the left side below), the Infringing Products (on the right side below) include a tablet[8, 9] that allows a user to participate in interactive video exercise programs that provide suggested weights to users based on a strength assessment and the user's characteristics[10, 11]:

---

[8] I tested the Tonal 2…Here's What Shocked Me (Full Review), *available at:* https://www.youtube.com/watch?v=TJJmGvfYm0E

[9] OxeAI • Protocol Workouts – OxeFit, *available at:* https://support.oxefit.com/hc/en-us/articles/32051012193687-OxeAI-Protocol-Workouts; Meet OxeAI: Precision Training. Real Results, *available at:* https://www.youtube.com/watch?v=DZPDVmDZhvI

[10] Strength Score, *available at:* https://knowledge.tonal.com/kb/guide/en/strength-score-wTNfx9Xu5q/Steps/4184309

[11] OxeAI • Protocol Workouts – OxeFit, *available at:* https://support.oxefit.com/hc/en-us/articles/32051012193687-OxeAI-Protocol-Workouts

**Tonal**



**OxeFit**



**Tonal**



**OxeFit**



| Tonal | OxeFit |
|---|---|
|  |  |

21.     Also like the Tonal home gym (on the left side below), the Infringing Products (on the right side below) employ a compact digital motor that adjusts the resistance to the user at particular points during an exercise, including by way of "Chains," "Overload," "Burnout," "Adaptive," "Reactive," and "Visual Spotter" modes.[12, 13, 14]  In addition to these advanced

---

[12] OxeFit XS1 Reactive Weight Feature, *available at:* https://www.youtube.com/watch?v=_q9rfmjSFxU&msockid=7d09c48191c211f1843212822c889086

[13] Need a Spot? This Feature's Got Your Back, *available at:* https://tonal.com/blogs/all/why-tonals-spotter-is-a-game-changer/

[14] XS1 • 2.0.0 Release Notes – OxeFit, *available at:* https://support.oxefit.com/hc/en-us/articles/18860952443415-XS1-2-0-0-Release-Notes

resistance settings, the XP1 has additional advanced settings, including OxeAir, OxeWheel, and Tempo.[15]



| Tonal | OxeFit |
|-------|--------|

| Tonal | OxeFit |
|-------|--------|

[15] Advanced Settings – OxeFit, *available at:* https://support.oxefit.com/hc/en-us/articles/1886268323223-Advanced-Settings

22.    The Infringing Products also copy Tonal's cable and actuator model, allowing the Infringing Products to connect a virtually identical array of accessories.



23.    Despite all that, the Infringing Products are inferior in many other respects.  As one example, the XS1 device has been the subject of multiple customer-reported safety and service issues over the years (that Tonal's home gym has not) with issues of unpredictably releasing cable tension during use.[18] Several customers have noted that they felt as though the

[16] Ultimate Accessories Bundle – Tonal, *available at:* https://tonal.com/products/ultimate-accessory-bundle?variant=51881990717722

[17] XS1 Peak Pricing and Financing options : OxeFit, *available at:* https://www.oxefit.com/configure/xs1

[18] OxeFit, Inc. | BBB Complaints | Better Business Bureau, *available at:* https://www.bbb.org/us/tx/plano/profile/exercise-machines/oxefit-inc-0875-91335240/complaints

OxeFit was unsafe to operate.[19]   Other customers have noted that the user interface on the Infringing Products repeatedly fails, despite troubleshooting and software updates.[20]

24.    OxeFit has taken and continues to take active steps with the intent of causing its customers and users to infringe the Asserted Patents by encouraging them to use the Infringing Products.  Such steps by OxeFit include advising and directing customers and users to use the Infringing Products in an infringing manner by distributing instructions on its website, on Amazon, on its YouTube channel, and in its user manuals regarding the use and features of the Infringing Products.

**THE ASSERTED PATENTS**

25.    OxeFit is infringing and will infringe the Asserted Patents by its manufacture, use, offer for sale, sale, and/or importation into the United States of the Infringing Products and by actively encouraging and instructing, and continuing to actively encourage and instruct, OxeFit's customers and users to use the Infringing Products.

26.    The '112 Patent is titled "Digital Strength Training," was filed on July 20, 2017, and was duly and legally issued by the United States Patent and Trademark Office ("USPTO") on May 26, 2020.  Tonal is the sole legal owner of the '112 Patent.

27.    The '351 Patent is titled "Digital Strength Training," was filed on February 18, 2021, and was duly and legally issued by the United States Patent and Trademark Office ("USPTO") on March 29, 2022.  Tonal is the sole legal owner of the '351 Patent.

---

[19] *Id.*

[20] *Id.*

28.    The '687 Patent is titled "Digital Strength Training," was filed on February 18, 2021, and was duly and legally issued by the USPTO on July 19, 2022.  Tonal is the sole legal owner of the '687 Patent.

29.    The '612 Patent is titled "Enhancing Concentric Load Experienced By User," was filed on May 9, 2024, and was duly and legally issued by the United States Patent and Trademark Office ("USPTO") on February 10, 2026.  Tonal is the sole legal owner of the '612 Patent.

30.    On May 28, 2026, Tonal sent OxeFit a notice letter and provided OxeFit with actual notice of Tonal's claim that OxeFit infringes the '112 and '351 Patents.  Tonal additionally specified that its patent portfolio includes "over 100 patents in the digital weight training space, including numerous patents that appear relevant to OxeFit's products and technology."

31.    On July 27, 2026, OxeFit filed an action in the United States District Court for the District of Delaware seeking a declaratory judgment of non-infringement and validity of U.S. Patent No. 8,287,434, which was one of the patents Tonal included in its May 2026 notice letter.  *OxeFit, Inc. v. Tonal Sys., Inc.*, No. 1:26-cv-00923.  Even though Tonal had identified two of the four Asserted Patents to OxeFit in that notice letter, OxeFit did not seek a judgment of non-infringement or invalidity on any of the Asserted Patents in the Delaware action.

**COUNT ONE**
**INFRINGEMENT OF U.S. PATENT NO. 10,661,112**

32.    Tonal incorporates by reference each of the preceding paragraphs as if set forth fully herein.

33.    OxeFit has and continues to directly, literally under 35 U.S.C. § 271(a), and/or equivalently under the doctrine of equivalents, infringe one or more claims of the '112 Patent

at least through making, using, testing, offering to sell, selling, and/or importing into the United States the Infringing Products and its prototypes.

34.    OxeFit has known of the '112 Patent and its infringement at least as of May 28, 2026, when Tonal had delivered to OxeFit a letter notifying it of the '112 Patent and its infringement.

35.    Additionally, OxeFit actively induces and will continue to actively induce infringement of one or more claims of the '112 Patent under 35 U.S.C. § 271(b), by actively encouraging and instructing and continuing to actively encourage and instruct OxeFit's customers and users to use the Infringing Products which infringe the claims.

36.    The Infringing Products infringe the '112 Patent.  For example, the Infringing Products meet each limitation of at least claim 1 of the '112 Patent.

37.    To the extent the preamble is limiting, the Infringing Products comprise "[a]n exercise machine." '112 Patent, claim 1.

38.    The Infringing Products are exercise machines. OxeFit advertises the Infringing Products as an "All-in-One Home Gym" and "All-In-One Smart Gym"[21,22]:

> OxeFit | XS1 - The Only All-in-One Home Gym including Force Plate Technology

---

[21] OxeFit | XS1 – The Only All-in-One Home Gym, *available at:* https://www.youtube.com/shorts/T9GJaoRwJkI

[22] Smart Strength Training & Weight System: XP1 from OxeFit, *available at:* https://www.oxefit.com/xp1?



39.     The Infringing Products include "an actuator." '112 Patent, claim 1.

40.     The Infringing Products include various types of actuators that the user can use to move the cables and perform an exercise. These actuators include, for example, hand grips, a barbell, and a hex bar[23,24]:



---

[23] OxeFit, *available at:* https://www.oxefit.com/xs1

[24] XP1 • Cable Modalities – OxeFit, *available at:* https://support.oxefit.com/hc/en-us/articles/2369874340343-XP1-Cable-Modalities



41.    The Infringing Products include "a motor, wherein the motor is of pancake style and the machine is of low relative depth." '112 Patent, claim 1.

42.    The XS1 utilizes two compact, pancake style motors that are greater in diameter and lower in depth[25].  Upon information and belief, based on the images and dimensions of the XP1, both machines leverage the same style motors.[26]



---

[25] Is the Oxefit still worth it 1 week out? *Available at:* https://www.youtube.com/watch?v=mWEpdm3K-is

[26] XP1 • Cable Modalities – OxeFit, *available at*: https://support.oxefit.com/hc/en-us/articles/2369874300343-XP1-Cable-Modalities



43.    The Infringing Products include "a cable coupled between the actuator and the motor." '112 Patent, claim 1.

44.    The Infringing Products include a cable that is coupled to the actuator on one end of the cable and coupled to the motor on the other end of the cable[27,28]:



---

[27] Is the Oxefit still worth it 1 week out? *Available at:* https://www.youtube.com/watch?v=mWEpdm3K-is

[28] OxeFit | XP1 - A Smarter Way To A Stronger Life, *available at:* https://www.youtube.com/watch?v=V6jMR-FL068



45.    The Infringing Products include "a motor controller coupled to the motor." '112 Patent, claim 1.

46.    Upon information and belief, the motors of the Infringing Products are part of a system that "digitally control[s] weight,"[29, 30] and digital controls permit adjustment of resistance to the cables in 1 lb. increments. Upon information and belief, the digital controls are effectuated through one or more controller circuits, which are coupled to and control the motors.

---

[29] OxeFit XS1 review – Unique smart gym to unleash your inner beast, *available at:* https://www.t3.com/reviews/oxefit-xs1-review

[30] Smart Strength Training & Weight System: XP1 from OxeFit, *available at:* https://www.oxefit.com/xp1



47.    Tonal's product (which, upon information and belief, OxeFit copied) includes a motor controller implemented on a circuit board.

48.    The Infringing Products include "a filter coupled to the motor controller." '112 Patent, claim 1.

49.     As described above, the Infringing Products incorporate a digital weight system that permits a user to adjust the resistance applied to the cables from the motors.[31]  The resistance is applied by way of a filter, *i.e.*, a combination of hardware and software containing a set of equations that instructs the controller circuit on how to drive the motor to achieve the desired resistance.  For example, the Infringing Products contain a user interface that allows a user to select from various settings altering the type of resistance, including "burnout," "chains," and "overload." [32]



50.     When a particular setting is selected, a filter coupled to the controller circuit instructs the controller circuit to adjust the voltage, current, torque, speed, and/or other properties of the motor in order to achieve the desired resistance type.

---

[31] Smart Strength Training & Weight System: XP1 from OxeFit, *available at:* https://www.oxefit.com/xp1

[32] Advanced Settings – OxeFit, *available at:* https://support.oxefit.com/hc/en-us/articles/1886268623223-Advanced-Settings

51.     The Infringing Products include a filter configured to "receive an information related to the position of the actuator." '112 Patent, claim 1.

52.     The filters within the Infringing Products receive information related to the position of the actuator to determine the user's range of motion and position within the exercise, so as to determine whether to alter or eliminate resistance at various points in the exercise.[33] For example, on the XP1, the filter captures the user's range of motion and position within an exercise, as well as the power and velocity of the user's movement.[34]



---

[33] OxeFit XS1: Newest Feature, *available at:*
https://www.youtube.com/watch?v=3pskfqbPiWA

[34] XP1 • Toggle Power/Velocity Display – OxeFit, *available at:*
https://support.oxefit.com/hc/en-us/articles/34468151387415-XP1-Toggle-Power-Velocity-Display

53. The Infringing Products include a filter configured to "provide an input to the motor controller to adjust torque on the motor such that a strength curve is implemented relative to the position of the actuator." '112 Patent, claim 1.

54. Upon information and belief, the filter within the Infringing Products provides input to the motor controller to adjust torque on the motor when, for example, the user chooses an advanced resistance setting. If, for example, the user switches from a standard resistance setting to the "chains" setting, then, upon information and belief, the filter communicates that to the motor controller so the torque can be adjusted accordingly. The different resistance modes available to the user of the Infringing Products provide different strength curves. The resistance provided to the user in these different modes is dependent on the relative position of the actuator. For example, with the "chains" setting, "[t]he load will increase throughout the concentric phase and decrease throughout the eccentric phase."[35] Thus, in the Infringing Products, when a user chooses an advanced resistance setting, the filter provides that input to the motor controller so the torque can be adjusted to implement the appropriate strength curve depending on the chosen resistance setting and position of the actuator(s).

55. The input to the motor controller from the filter in the Infringing Products includes "compar[ing] a current relative position between the motor and the actuator." '112 Patent, claim 1.

56. The Infringing Products allow for a comparison of the current relative position between the motor and the actuator by, for example, providing a range of motion visualization

---

[35] Advanced Settings – OxeFit, *available at:* https://support.oxefit.com/hc/en-us/articles/1886268632323-Advanced-Settings

on the Infringing Product's user interface.[36]   On the XP1 for example (figure on the right below), this range of motion visualization is seen through an avatar that captures the movement across the user's full repetition.[37,38]



---

[36] OxeFit XS1: Newest Feature, *available at:* https://www.youtube.com/watch?v=3pskfqbPiWA

[37]  OxeFit | XP1 - A Smarter Way To A Stronger Life, *available at:* https://www.youtube.com/watch?v=V6jMR-FL068

[38] XP1 User Manual_3.2, *available at:* https://support.oxefit.com/hc/en-us/article_attachments/30075889798167



57.    The range of motion visualization is represented by a single bar or avatar at the bottom of the range of motion visualization area where the position between the motors and actuator(s) is the shortest it can be.  The range of motion visualization is at an apex when the motors and actuator(s) are furthest from each other, relative to the ongoing exercise.  To create this range of motion visualization, the Infringing Products compare, throughout the exercise, the current relative position between the motors and actuator(s).

58.    The input to the motor controller from the filter in the Infringing Products includes "send[ing] an appropriate number of pulses to the motor to adjust a position of the

motor based on the current relative position between the motor and the actuator." '112 Patent, claim 1.

59. The filters of the Infringing Products instruct the controller circuit to send an appropriate number of pulses to the motor to adjust position depending on the resistance mode and the current relative position between the motor and the actuator(s). Upon information and belief, the pancake style motors used in the Infringing Products are brushless motors that function by way of electric pulses that command the motor to adjust position. Thus, in order to generate the appropriate resistance, the filters of the Infringing Products send pulses to the motor to control the motor's position based on the properties of the selected resistance mode and the current relative position of the actuator(s) to the motor.

60. OxeFit's infringement of the '112 Patent has been willful and deliberate, at least as of May 28, 2026, when Tonal had delivered to OxeFit a letter notifying it of the '112 Patent and its infringement.

61. OxeFit did not seek a declaratory judgment that the '112 Patent was not infringed or invalid in the Delaware action.

62. As a result of OxeFit's infringement of the '112 Patent, Tonal has suffered and will continue to suffer damages in an amount to be proven at trial.

63. Tonal is entitled to recover damages for pre-suit infringement because it has complied with 35 U.S.C. § 287, at least by marking its products and by providing OxeFit with actual notice of Tonal's claim that OxeFit infringes the '112 Patent.

64. As a result of OxeFit's infringement of the '112 Patent, Tonal has suffered and will continue to suffer irreparable harm unless OxeFit is enjoined against such acts by this Court.

65. As a result of OxeFit's willful infringement of the '112 Patent, Tonal is entitled to an award of its reasonable attorneys' fees, as provided by 35 U.S.C. § 285.

**COUNT TWO**
**INFRINGEMENT OF U.S. PATENT NO. 11,285,351**

66. Tonal incorporates by reference each of the preceding paragraphs as if set forth fully herein.

67. OxeFit has and continues to directly, literally under 35 U.S.C. § 271(a), and/or equivalently under the doctrine of equivalents, infringe one or more claims of the '351 Patent at least through making, using, testing, offering to sell, selling, and/or importing into the United States the Infringing Product and its prototypes.

68. OxeFit has known of the '351 Patent and its infringement at least as of May 28, 2026, when Tonal had delivered to OxeFit a letter notifying it of the '351 Patent and its infringement.

69. Additionally, OxeFit actively induces and will continue to actively induce infringement of one or more claims of the '351 Patent under 35 U.S.C. § 271(b), by actively encouraging and instructing and continuing to actively encourage and instruct OxeFit's customers and users to use the Infringing Products which infringe the claims.

70. The Infringing Products infringe the '351 Patent. For example, the Infringing Products meet each limitation of at least claim 1 of the '351 Patent.

71. To the extent the preamble is limiting, the Infringing Products comprise "[a]n exercise machine." '351 Patent, claim 1.

72.     The Infringing Products are exercise machines. OxeFit advertises the Infringing

Products as an "All-in-One Home Gym," and "All-In-One Smart Gym."[39,40]:



OxeFit | XS1 - The Only All-in-One Home Gym including Force Plate Technology

73.     The Infringing Products include "an actuator."  '351 Patent, claim 1.

74.     The Infringing Products include various types of actuators that the user can use

to move the cables and perform an exercise.  These actuators include, for example, hand grips,

a barbell, and a hex bar[41]:

---

[39] OxeFit | XS1 – The Only All-in-One Home Gym, *available at:*
https://www.youtube.com/shorts/T9GJaoRwJkI

[40] Smart Strength Training & Weight System: XP1 from OxeFit, *available at:*
https://www.oxefit.com/xp1

[41] OxeFit, *available at:* https://www.oxefit.com/xs1



75.    The Infringing Products include "a motor." '351 Patent, claim 1.

76.    The Infringing Products include two motors that provide resistance to the cables of the machine.[42]  Upon information and belief, as stated in Count One, based on the images and dimensions of the XP1, both machines leverage the same style motors.[43]

---

[42] Is the Oxefit still worth it 1 week out? *Available at:* https://www.youtube.com/watch?v=mWEpdm3K-is

[43] XP1 • Cable Modalities – OxeFit, *available at*: https://support.oxefit.com/hc/en-us/articles/2369874340343-XP1-Cable-Modalities



77.    The Infringing Products include "a cable coupled between the actuator and the motor." '351 Patent, claim 1.

78.    The Infringing Products include a cable that is coupled to the actuator on one end of the cable and coupled to the motor on the other end of the cable[44]:

---

[44] Is the Oxefit still worth it 1 week out? *Available at:* https://www.youtube.com/watch?v=mWEpdm3K-is





79.     The Infringing Products include "a processor." '351 Patent, claim 1.

80.     The user interface on the Infringing Products contains a processor (XS1 in the figure on the left, XP1 in the figure on the right)[45,46]:

---

[45] OxeFit XS1: Newest Feature, *available at:* https://www.youtube.com/watch?v=3pskfqbPiWA

[46] OxeFit | XP1 - A Smarter Way To A Stronger Life, *available at:* https://www.youtube.com/watch?v=V6jMR-FL068



81.    The Infringing Products include a processor configured to "receive a series of position updates, wherein a position update is associated with motion of the cable coupled between the actuator and the motor." '351 Patent, claim 1.

82.    The Infringing Products track the user's range of motion throughout their performance of a repetition and display a visual showing the user's range of motion (XS1 in the first figure below, XP1 in the second figure below)[47,48]:

---

[47] OxeFit XS1: Newest Feature, *available at:*
https://www.youtube.com/watch?v=3pskfqbPiWA

[48] OxeFit | XP1 - A Smarter Way To A Stronger Life, *available at:*
https://www.youtube.com/watch?v=V6jMR-FL068





83.    The Infringing Products include a processor configured to, "based at least in part on an evaluation of the series of position updates, detect a first change in direction of travel." '351 Patent, claim 1.

84.    For example, the Infringing Products track the user's repetitions of a movement during an exercise, which requires the ability (by the processor) to detect a first change in direction of travel to determine when the user begins performing their first repetition[49]:



85.    Upon information and belief, the Infringing Products' processor is configured to "ignore the first change in direction of travel based at least in part on a determination that the first change in direction does not comply with a threshold position." '351 Patent, claim 1.

86.    When the user performs a movement constituting only a portion of the range of motion of an exercise, and by not completing the range of motion causes a change in the direction of travel that does not comply with the threshold position, and instead returns to a starting position of the exercise, the Infringing Products do not count that as a completed repetition. As shown in the figures below, the user was on their fourth repetition of an exercise

---

[49] OxeFit XS1: Newest Feature, *available at:*
https://www.youtube.com/watch?v=3pskfqbPiWA

movement.[50] The figure on the left shows the repetition count at four reps and the user is attempting to perform a repetition. The figure on the right shows the user failed to complete the repetition and returned the bar to their chest, and the repetition counter remained at 4 repetitions. This shows that the Infringing Products identify that the change in position did not reach the threshold position required to perform a complete repetition.



87.    The Infringing Products' processor is configured to "determine that a repetition of a movement has been completed based at least in part on a determination that a second detected change in direction complies with the threshold position." '351 Patent, claim 1.

88.    As shown in the image above, the Infringing Products count completed repetitions where the user performs a sufficient portion of both the concentric and eccentric

---

[50] OxeFit | XS1 – Virtual Spotter Safety Feature, *available at:* https://youtube.com/shorts/7li6HWsl4rg?si=I7mVUjN6y4KNHcFS

phases of the exercise's movement and ignores only partial repetitions.  The figure on the left shows the count as two repetitions, which then increases to three repetitions on the figure on the right as the user performed a sufficient portion of both concentric and eccentric phases of the exercise's movement[51]:



89.     Similarly, with the XP1, the figure on the left shows the count as five repetitions, which then increases to six repetitions on the figure on the right as the user performs a sufficient portion of both concentric and eccentric phases of the exercise's movement[52]:

---

[51] OxeFit XS1: Newest Feature, *available at:*
https://www.youtube.com/watch?v=3pskfqbPiWA

[52] OxeFit | XP1 - A Smarter Way To A Stronger Life, *available at:*
https://www.youtube.com/watch?v=V6jMR-FL068



90.     OxeFit's infringement of the '351 Patent has been willful and deliberate, at least as of May 28, 2026, when Tonal had delivered to OxeFit a letter notifying it of the '351 Patent and its infringement.

91.     OxeFit did not seek a declaratory judgment that the '351 Patent was not infringed or invalid in the Delaware action.

92.     As a result of OxeFit's infringement of the '351 Patent, Tonal has suffered and will continue to suffer damages in an amount to be proven at trial.

93.     Tonal is entitled to recover damages for pre-suit infringement because it has complied with 35 U.S.C. § 287, at least by marking its products and by providing OxeFit with actual notice of Tonal's claim that OxeFit infringes the '351 Patent.

94.     As a result of OxeFit's infringement of the '351 Patent, Tonal has suffered and will continue to suffer irreparable harm unless OxeFit is enjoined against such acts by this Court.

95.     As a result of OxeFit's willful infringement of the '351 Patent, Tonal is entitled to an award of its reasonable attorneys' fees, as provided by 35 U.S.C. § 285.

37

## COUNT THREE
## INFRINGEMENT OF U.S. PATENT NO. 11,389,687

96. Tonal incorporates by reference each of the preceding paragraphs as if set forth fully herein.

97. OxeFit has and continues to directly, literally under 35 U.S.C. § 271(a), and/or equivalently under the doctrine of equivalents, infringe one or more claims of the '687 Patent at least through making, using, testing, offering to sell, selling, and/or importing into the United States the Infringing Products and its prototypes.

98. Additionally, OxeFit actively induces and will continue to actively induce infringement of one or more claims of the '687 Patent under 35 U.S.C. § 271(b), by actively encouraging and instructing and continuing to actively encourage and instruct OxeFit's customers and users to use the Infringing Products which infringe the claims.

99. The Infringing Products infringe the '687 Patent. For example, the Infringing Products meet each limitation of at least claim 1 of the '687 Patent.

100. To the extent the preamble is limiting, the Infringing Products comprise "[a]n exercise machine." '687 Patent, claim 1.

101. The Infringing Products are exercise machines.

102. OxeFit advertises the Infringing Products as an "All-in-One Home Gym," and the XP1 as an "All-In-One Smart Gym."[53,54]:

---

[53] OxeFit | XS1 – The Only All-in-One Home Gym, *available at:*
https://www.youtube.com/shorts/T9GJaoRwJkI

[54] Smart Strength Training & Weight System: XP1 from OxeFit, *available at:*
https://www.oxefit.com/xp1

OxeFit | XS1 - The Only All-in-One Home Gym including Force Plate Technology



103.    The Infringing Products include "an actuator."  '687 Patent, claim 1.

104.    The Infringing Products include various types of actuators that the user can use to move the cables and perform an exercise.  These actuators include, for example, hand grips, a barbell, and a hex bar[55,56]:

---

[55] https://www.oxefit.com/xs1

[56] XP1 • Cable Modalities – OxeFit, *available at*: https://support.oxefit.com/hc/en-us/articles/2369874340343-XP1-Cable-Modalities





105.    The Infringing Products include "a motor."  '687 Patent, claim 1.

106.    The Infringing Products include two motors that provide resistance to the cables of the machine.[57]  Upon information and belief, as stated in Count One, based on the images and dimensions of the XP1, both machines leverage the same style motors.[58]



107.    The Infringing Products include "a cable coupled between the actuator and the motor."  '687 Patent, claim 1.

108.    The Infringing Products include a cable that is coupled to the actuator on one end of the cable and coupled to the motor on the other end of the cable[59,60]:

---

[57] Is the Oxefit still worth it 1 week out? *available at:* https://www.youtube.com/watch?v=mWEpdm3K-is

[58] XP1 • Cable Modalities – OxeFit, *available at*: https://support.oxefit.com/hc/en-us/articles/23698743400343-XP1-Cable-Modalities

[59] Is the Oxefit still worth it 1 week out? *available at:* https://www.youtube.com/watch?v=mWEpdm3K-is

[60] OxeFit | XP1 - A Smarter Way To A Stronger Life, *available at:* https://www.youtube.com/watch?v=V6jMR-FL068





109.    The Infringing Products include "a processor."  '687 Patent, claim 1.

110.    The user interface on the Infringing Products contains a processor[61]:

---

[61] OxeFit XS1: Newest Feature, *available at:*
https://www.youtube.com/watch?v=3pskfqbPiWA



111.    The Infringing Products include a processor configured to "determine that a range of motion of a user of the exercise machine is between pre-determined motion thresholds." '687 Patent, claim 1.

112.    The user interface of the Infringing Products displays the range of motion thresholds, and the user's position between them, on its range of motion visualization (XS1 in the figure on the left, and XP1 in the figure on the right).[62,63]

---

[62] OxeFit XS1: Newest Feature, *available at:*
https://www.youtube.com/watch?v=3pskfqbPiWA

[63] OxeFit | XP1 - A Smarter Way To A Stronger Life, *available at:*
https://www.youtube.com/watch?v=V6jMR-FL068



113. The Infringing Products include a processor configured to "while the range of motion of the user is between the pre-determined motion thresholds, determine persistence, for at least a pre-determined period of time, of both: (1) a velocity of the cable being below a pre-determined velocity threshold; and (2) a tension applied by the user on the cable being above a pre-determined tension threshold." '687 Patent, claim 1.

114. For example, using the interface, the user can select different versions of what OxeFit calls the "virtual spotter"[64]:

---

[64] OxeFit | XS1 Activation – Welcome to the OxeSquad, *available at:* https://www.youtube.com/watch?v=jCxrZpFooc4&t=375s



115.    Upon information and belief, when the virtual spotter functionality is enabled, the processor will instruct the motor to decrease the resistance provided to the cables when the user takes too long to complete the repetition.[65]

116.    Upon information and belief, the Infringing Products' virtual spotter functionality will activate when the user is providing force to the cable but unable to move the cable at a high enough velocity, or at all[66,67,68]:

---

[65] OxeFit | XS1 Activation – Welcome to the OxeSquad, *available at:* https://www.youtube.com/watch?v=jCxrZpFooc4&t=375s

[66] XS1 User Manual, *available at:* https://support.oxefit.com/hc/en-us/article_attachments/35548722392983

[67] OxeFit | XS1 – Virtual Spotter Safety Feature, *available at:* https://youtube.com/shorts/7li6HWsl4rg?si=I7mVUjN6y4KNHcFS

[68] OxeFit virtual spotter #oxefit #benchpress #powerlifting - YouTube, *available at:* https://www.youtube.com/shorts/1YDyLp-rPZU

## VIRTUAL SPOTTER

The load will gradually or instantly decrease when a struggle is detected, based on the mode selected: *Gradual Return, Gradual Reduce, Instant.*

**GRADUAL RETURN:** The load will gradually decrease when assistance is needed to complete the concentric phase of a rep and will then *Return* to the full amount once the rep is complete.

**GRADUAL REDUCE:** The load will gradually decrease when assistance is needed to complete the concentric phase of a rep and will then remain at the *Reduced* amount for the next rep.

**INSTANT:** The resistance will be unloaded completely when you are unable to complete the concentric phase of the rep.

This training method is designed to maximize your load capacity by allowing you to safely attempt heavier loads and/or more reps during a lift than you'd typically be capable of.





117.    In other words, the virtual spotter functionality is activated when the user persists in this low-velocity, high-tension movement for a period of time.

118.    The Infringing Products include a processor configured to "in response to determining persistence, for at least the pre-determined period of time, of both: (1) the velocity of the cable being below the pre-determined velocity threshold; and (2) the tension applied by the user on the cable being above the pre-determined tension threshold, determine that the user should be spotted, wherein torque of the motor is reduced based at least in part on determining that the user should be spotted." '687 Patent, claim 1.

119.    As shown in the figure and paragraphs above, when the Infringing Products' spotter mode detects that the cable has been at too low of a velocity while the user is still providing significant tension, the spotter mode will activate. When the spotter mode activates, the torque provided to the motor will decrease, providing less weight to the user and allowing them to complete the movement more easily.

120. As a result of OxeFit's infringement of the '687 Patent, Tonal has suffered and will continue to suffer damages in an amount to be proven at trial.

121. Tonal is entitled to recover damages for pre-suit infringement because it has complied with 35 U.S.C. § 287, at least by marking its products and by providing OxeFit with actual notice of Tonal's claim that OxeFit infringes the '687 Patent.

122. As a result of OxeFit's infringement of the '687 Patent, Tonal has suffered and will continue to suffer irreparable harm unless OxeFit is enjoined against such acts by this Court.

## COUNT FOUR
## INFRINGEMENT OF U.S. PATENT NO. 12,544,612

123. Tonal incorporates by reference each of the preceding paragraphs as if set forth fully herein.

124. OxeFit has and continues to directly, literally under 35 U.S.C. § 271(a), and/or equivalently under the doctrine of equivalents, infringe one or more claims of the '612 Patent at least through making, using, testing, offering to sell, selling, and/or importing into the United States the Infringing Products and its prototypes.

125. Additionally, OxeFit actively induces and will continue to actively induce infringement of one or more claims of the '612 Patent under 35 U.S.C. § 271(b), by actively encouraging and instructing and continuing to actively encourage and instruct OxeFit's customers and users to use the Infringing Products which infringe the claims.

126. The Infringing Products infringe the '612 Patent. For example, the Infringing Products meet each limitation of at least claim 1 of the '612 Patent.

127. To the extent the preamble is limiting, the Infringing Products comprise "[a]n exercise device." '612 Patent, claim 1.

128.    The Infringing Products are exercise machines. OxeFit advertises the XS1 as an "All-in-One Home Gym," and the XP1 as an "All-In-One Smart Gym."[69,70]:



129.    The Infringing Products include "a motor that provides resistance to an actuator coupled to the motor."  '612 Patent, claim 1.

130.    The Infringing Products include two motors that provide resistance to an actuator coupled to the motor.  The motor applies tension to the cable, and the user experiences the tension as a resistance when they attempt to move the actuator[71]:

---

[69] OxeFit | XS1 – The Only All-in-One Home Gym, *available at:* https://www.youtube.com/shorts/T9GJaoRwJkI

[70] Smart Strength Training & Weight System: XP1 from OxeFit, *available at:* https://www.oxefit.com/xp1

[71] Is the Oxefit still worth it 1 week out? *Available at:* https://www.youtube.com/watch?v=mWEpdm3K-is



131.    The Infringing Products include "a torque controller configured to, during at least a portion of a user exercise movement in which an actuator velocity is in an outward direction, increase an amount of torque that is requestable from the motor based at least in part on the actuator velocity."  '612 Patent, claim 1.

132.    Upon information and belief, the Infringing Products include a torque controller. The Infringing Products include a "Reactive" weight setting, wherein "[t]he load will increase or decrease based on the previous rep's average concentric velocity in order to help you maintain a consistent target speed."[72]  That is, in response to a user's concentric velocity exceeding the target speed, the torque output by the motor is increased based at least in part on the actuator velocity.

---

[72] Advanced Settings – OxeFit, *available at:* https://support.oxefit.com/hc/en-us/articles/1886268623223-Advanced-Settings

133. As a result of OxeFit's infringement of the '612 Patent, Tonal has suffered and will continue to suffer damages in an amount to be proven at trial.

134. Tonal is entitled to recover damages for pre-suit infringement because it has complied with 35 U.S.C. § 287, at least by providing OxeFit with actual notice of Tonal's claim that OxeFit infringes the '612 Patent.

135. As a result of OxeFit's infringement of the '612 Patent, Tonal has suffered and will continue to suffer irreparable harm unless OxeFit is enjoined against such acts by this Court.

## PRAYER FOR RELIEF

WHEREFORE, Tonal seeks relief against OxeFit as follows:

a. A judgment that OxeFit has been, and is currently, infringing the Asserted Patents;

b. An award to Tonal of monetary relief sufficient to compensate Tonal for damages resulting from OxeFit's infringement of the Asserted Patents, including lost profits, including from price erosion, and/or a reasonable royalty under 35 U.S.C. § 284, and pre-judgment and post-judgment interest;

c. An order enjoining OxeFit, its officers, agents, servants, and employees, and those persons in active concert or participation with any of them, from commercially manufacturing, using, making, offering for sale, selling, or importing the Infringing Product, or inducing others to infringe the Asserted Patents, prior to the expiration date of the Asserted Patents;

51

d.     An award to Tonal of enhanced damages, up to and including trebling of the damages awarded to Tonal;

e.     A finding that this case is exceptional pursuant to 35 U.S.C. § 285 and an award to Tonal of its attorneys' fees and costs; and

f.     Any further necessary and proper relief as this Court may deem just and proper.

**JURY DEMAND**

Plaintiff Tonal demands a trial by jury on all issues presented in this Complaint that are so triable.

Dated:   August 13, 2026     MORRISON & FOERSTER LLP

By:  */s/ James Travis Underwood*

Timothy C. Saulsbury (CA Bar No. 281434)
*Lead Counsel*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000

James Travis Underwood
Texas Bar No. 24102587
GILLAM & SMITH, LLP
7232 Crosswater Avenue
Tyler, Texas 75703
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: travis@gillamsmithlaw.com

*Attorneys for Plaintiff Tonal Systems, Inc.*